UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BECK,

     Plaintiff,

vs.                                                          Case No. 8:07-cv-2316-T-24-EAJ

TAMPA TRIBUNE, INC.,

     Defendant.

_____

## **O R D E R**

     This cause comes before the Court on Defendant's Motion to Dismiss, which was filed on December 21, 2007. (Doc. No. 4). Plaintiff has failed to file a timely response in opposition, and therefore the Court considers the Motion to be unopposed. The Court concludes that this case is due to be dismissed for the reasons stated in Defendant's Motion, that Plaintiff has failed to comply with a statutory condition precedent to bringing suit, and that Plaintiff's complaint fails to state a claim for relief. Accordingly, Defendant's Motion to Dismiss (Doc. No. 4) is **GRANTED** on its merits and because Plaintiff has failed to timely oppose the Motion. The Clerk is directed to close this case and to terminate any pending motions.

     **DONE AND ORDERED** at Tampa, Florida, this 16th day of January, 2008.

Copies to:
Counsel of Record

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge